the dPROB 12B
ED/AR (8/2002)

# United States District Court
## for the
## Eastern District of Arkansas



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC -7 2012

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Derrick Deon Rose                Case Number: 4:09CR00084-01 JLH

Name of Sentencing Judicial Officer:    Honorable J. Leon Holmes
                                        United States District Judge

Offense:            Possession with Intent to Distribute Cocaine

Date of Sentence:   May 13, 2011

Sentence:           12 months and 1 day imprisonment followed by 3 years supervised release, drug testing and treatment, abstain from use of alcohol, $100 special penalty assessment, and DNA collection

Type of Supervision:    Supervised Release        Date Supervision Commenced: March 20, 2012
                                                  Expiration Date: March 19, 2015

Asst. U.S. Attorney: Julie Peters                  Defense Attorney: Latrece Gray

U.S. Probation Officer: Michelle R. Sims
Phone No.: 870-972-0986

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

> Mr. Derrick Rose will participate in a residential reentry center at the City of Faith in Little Rock, Arkansas, for a term of four (4) months. During this time, Mr. Rose shall participate in outpatient substance abuse treatment. He will also be required to see and maintain gainful employment during his placement at the residential reentry center.

## CAUSE

On July 25, 2012, the defendant appeared before the Court on a petition for revocation regarding the defendant's leaving the judicial district without the permission of the court, and associating with a convicted felon. In addition, he admitted to having an alcohol addiction. The hearing was held in abeyance for 90 days, and the defendant agreed to go in inpatient treatment followed by chemical free residential living.

Prob 12B                  -2-                  Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Derrick Deon Rose          Case Number: 4:09CR00084-01 JLH

On August 28, 2012, the defendant completed inpatient treatment at Crowley's Ridge Developmental Center's (CRDC), and on the same day began his aftercare at Chemical Free Living residential facility. On October 5, 2012, the defendant obtained a weekend pass from the manager of the CRDC Chemical Free facility to visit his father who resides in Wasbash, Arkansas. On October 5, 2012, Mr. Rose was shot while in West Helena, Arkansas. On November 4, 2012, an administrative staffing which consisted of the defendant, Supervisor Kenny Davis, and U.S. Probation Officer, was conducted to address his noncompliance. The defendant admitted to not being at the location he reported to the CRDC for his weekend pass, and to associating with Denzel Jackson, a known convicted felon, at the time of the shooting.

In addition, on November 13, 2012, the defendant failed to submit to a scheduled drug test.

It is respectfully requested that the conditions of supervised release be modified as stated above. The violations and recommended modification were discussed with Mr. Rose and Attorney Latrece Gray. They were both in agreement with the modification. A Prob 49 has been signed and is attached for the Court.

Michelle R. Sims
U.S. Probation Officer

Date: November 28, 2012

Julie Peters
Assistant U.S. Attorney

Date: 11/30/12

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

December 7, 2012
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Prob 12B                              -3-                         Request for Modifying the
                                                               Conditions or Terms of Supervision
                                                                   with Consent of the Offender

Name of Offender: Derrick Deon Rose          Case Number: 4:09CR00084-01 JLH

Approved:

*[signature]*
Supervising U.S. Probation Officer

c: Assistant Federal Public Defender, Latrece Gray, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
Assistant U.S. Attorney, Julie Peters, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Mr. Derrick Rose will participate in a residential reentry center at the City of Faith in Little Rock, Arkansas, for a term of four (4) months. During this time, Mr. Rose shall participate in outpatient substance abuse treatment. He will also be required to seek and maintain gainful employment during his placement at the residential reentry center.

Witness: _[signature]_      Signed: _[signature]_
U.S. Probation Officer      Probationer or Supervised Releasee

10/29/2012
DATE