AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY - 2 2013

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK 

# UNITED STATES DISTRICT COURT
## Eastern District of Arkansas

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| DERRICK DEON ROSE | Case No.  4:09CR00084 JLH |
| | USM No.  24808-009 |
| | Latrece E. Gray |
| | Defendant's Attorney |

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)    Special, Standard    of the term of supervision.

☐   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Special (14) | Failure to participate in substance abuse treatment as directed | November 13, 2012 |
| Special | Failure to successfully complete term at residential reentry facility | February 24, 2013 |
| Standard (1) | Leaving judicial district without permission | March 16, 2013 |

    The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 5963

Defendant's Year of Birth:    1983

City and State of Defendant's Residence:
    Mellwood, Arkansas

May 2, 2013
Date of Imposition of Judgment

_____
Signature of Judge

**J. Leon Holmes, United States District Judge**
Name and Title of Judge

May 2, 2013
Date

| | | Judgment — Page 2 of 2 |
|---|---|---|
| DEFENDANT: | DERRICK DEON ROSE | |
| CASE NUMBER: | 4:09CR00084 JLH | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

## NINE (9) MONTHS with no term of supervised release to follow

X  The court makes the following recommendations to the Bureau of Prisons:
**The Court recommends defendant participate in nonresidential substance abuse treatment during incarceration.**

☐  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

X  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    X  before 2 p.m. on  __Monday, June 3, 2013__ .

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL